**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01702-LTB-BNB

ISAIAH KELLEY, JR.,

      Plaintiff,

v.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware corporation, and PATRICIA DOSS, an individual,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Defendants' Response to Plaintiff's Motion for Leave to Amend Complaint (Doc 20 - filed October 26, 2007), Plaintiff's Motion for Leave to Amend Complaint and Jury Demand (Doc 13) is **GRANTED**.

Dated:  October 29, 2007
_____