IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01702-LTB-BNB

ISAIAH KELLEY, JR., an individual,

Plaintiff,

v.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware corporation,
and
PATRICIA DOSS, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Unopposed Motion to Vacate Scheduling Conference** [docket no. 27, filed November 28, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for November 29, 2007, is **vacated and reset to January 7, 2008, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **January 2, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: November 29, 2007