IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01702-LTB-BNB

ISAIAH KELLEY, JR., an individual,

Plaintiff,

v.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware corporation,
NEW YORK LIFE INSURANCE COMPANY, a New York corporation, and
PATRICIA DOSS, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the Settlement Conference set for **June 9, 2008, at 1:30 p.m.,** is VACATED.  However, instead of a Settlement Conference, attorneys are to appear at the same time and place for a STATUS CONFERENCE, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Clients need not appear.


DATED:  June 4, 2008