IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01702-LTB-BNB

ISAIAH KELLEY, JR., an individual,

Plaintiff,

v.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware corporation,
NEW YORK LIFE INSURANCE COMPANY, a New York corporation, and
PATRICIA DOSS, an individual,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference at my request. Consistent with matters discussed at the status conference:

IT IS ORDERED that the case schedule is modified to the following extent:

    Discovery Cut-Off: **September 15, 2008**

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline: **September 30, 2008**.

IT IS FURTHER ORDERED that a motion to extend the deadlines to designate expert and rebuttal expert witnesses must be filed, if at all, on or before **June 13, 2008**, and the response to any such motion must be filed on or before **June 18, 2008**

Dated June 9, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge