IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01702-LTB-BNB

ISAIAH KELLEY, JR., an individual,

Plaintiff,

v.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware corporation,
NEW YORK LIFE INSURANCE COMPANY, a New York corporation, and
PATRICIA DOSS, an individual,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Amended Unopposed Motion for Amendment of Scheduling Order to Extend Deadline for Filing Dispositive Motions** [Doc. # 68, filed 9/30/2008] is GRANTED, and the dispositive motion deadline is extended to and including **October 20, 2008**.

     IT IS FURTHER ORDERED that the final pretrial conference set for October 14, 2008, at 8:30 a.m., is VACATED and RESET to **November 3, 2008, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed final pretrial order and submit to the court on or before **October 27, 2008**.

DATED: September 30, 2008